AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**
9:02 am Feb 07 2025
Clerk U.S. District Court
Northern District of Ohio
Cleveland

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:25 MJ 4025 |
| | ) | |
| | ) | |
| Austin Siebert | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  11/27/2024  in the county of  Lorain  in the
Northern  District of  Ohio  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) and (b)(1)(C) | Knowing distribution of a Schedule I controlled substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam W. Anderson, Task Force Officer, DEA
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date:  02-07-2025

_____
*Judge's signature*

City and state:  Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*